IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00431-LTB

BRYCE ALBE-QUENZER,

    Plaintiff,

v.

TRENT REZNOR

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 15 day of April, 2015.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/A. Lowe
                Deputy Clerk